RONALD W. BROWN, ESQ. (SBN 107340)

CARRIE E. BUSHMAN, ESQ. (SBN 186130)

COOK BROWN, LLP

555 CAPITOL MALL, SUITE 425

SACRAMENTO, CALIFORNIA 95814

TELEPHONE NO.: 916-442-3100

FACSIMILE NO.: 916-442-4227

Attorneys for Defendant TRI COUNTIES BANK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEON, JR., <br><br>            Plaintiff(s), <br><br>    v. <br><br>TRI COUNTIES BANK, <br><br>            Defendant(s). | Case No.  2:12-CV-01529-JAM-DAD <br><br><br>**STIPULATION TO FILE AMENDED ANSWER TO COMPLAINT AND ORDER** <br><br><br><br><br>Action Filed:  June 7, 2012 |

**STIPULATION TO FILE AMENDED ANSWER TO COMPLAINT**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Defendant may file an Amended Answer to Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that Plaintiff waives service of the Amended Answer to Complaint.

DATED: May 24, 2013          COOK BROWN, LLP

                             By:   /s/ Carrie E. Bushman

                             CARRIE E. BUSHMAN

                             Attorneys for Defendant

                             TRI COUNTIES BANK

DATED: May 24, 2013          LAW OFFICE OF RICHARD M. ROGERS


                             By:   /s/ Richard M. Rogers

                             RICHARD M. ROGERS

                             Attorneys for Plaintiff

                             RICHARD LEON, JR.


IT IS SO ORDERED.


DATED:  5/28/2013            /S/ JOHN A. MENDEZ_____

                             UNITED STATES DISTRICT COURT JUDGE