RONALD W. BROWN, ESQ. (SBN 107340)
CARRIE E. BUSHMAN, ESQ. (SBN 186130)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Defendant TRI COUNTIES BANK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEON, JR.,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>TRI COUNTIES BANK,<br><br>　　　　　Defendant(s). | Case No.  2:12-CV-01529-JAM-DAD<br><br>**STIPULATION AND ORDER MODIFYING PRE-TRIAL SCHEDULING ORDER**<br>[FRCP 16(b)(4)]<br><br><br>Action Filed: June 7, 2012 |

　　　This Stipulation and [Proposed] Order is entered into between Plaintiff RICHARD LEON, JR. and Defendant TRI COUNTIES BANK (collectively, the "Parties"), by and through their counsel of record, as follows:

**STIPULATION**

　　　WHEREAS, despite the Parties' diligent efforts to schedule discovery in a timely manner, scheduling conflicts have prevented the Parties from being able to take the depositions of key witnesses, including Plaintiff, until late September - early October, 2013; and,

　　　WHEREAS, the Parties believe that their inability to complete such depositions well in advance of the current deadlines for making expert witness disclosures (September 20, 2013) and for completing all discovery (November 22, 2013), as well as other pre-trial

1  deadlines, will prejudice their ability to meet those deadlines and effectively represent
2  their respective clients' interests,
3      IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that the
4  dates contained in the Pre-trial Scheduling Order issued by the Court on September 6,
5  2013 be modified as follows:
6      Expert disclosure:  11/19/2013;
7      Supplemental disclosure:  11/26/2013;
8      Discovery cutoff:  1/6/2014;
9      Dispositive motion filing date:  2/19/2014;
10     Dispositive motion hearing date:  3/19/2014 at 9:30 a.m.;
11     Joint pretrial statement due:  4/25/2014;
12     Final pretrial conference date:  5/2/2014 at 11 a.m.;
13     Jury trial:  6/9/2014 at 9:00 a.m.

14 DATED:  August 13, 2013        COOK BROWN, LLP
15
16                                         By:  ___/s/ Carrie E. Bushman_____
                                               CARRIE E. BUSHMAN
17                                                Attorneys for Defendant
                                               TRI COUNTIES BANK

18 DATED:  August 13, 2013        LAW OFFICE OF RICHARD M. ROGERS
19
20                                         By:  ___/s/ Richard M. Rogers_____
                                             RICHARD M. ROGERS
21                                              Attorneys for Plaintiff
                                             RICHARD LEON, JR.
22

## **ORDER**

23
24     The Court, having considered the above stipulation, and finding good cause
25 pursuant to Federal Rules of Civil Procedure Rule 16(b)(4), HEREBY ORDERS THAT the
26 dates contained in the Pre-trial Scheduling Order issued by the Court on September 6,
27 2013, be modified as follows:
28     Expert disclosure:  11/19/2013;

1  Supplemental disclosure:  11/26/2013;

2  Discovery cutoff:  1/6/2014;

3  Dispositive motion filing date:  2/19/2014;

4  Dispositive motion hearing date:  3/19/2014 at 9:30 a.m.;

5  Joint pretrial statement due:  4/25/2014;

6  Final pretrial conference date:  5/2/2014 at 11 a.m.;

7  Jury trial:  6/9/2014 at 9:00 a.m.

8  IT IS SO ORDERED.

10  DATED: 8/14/2013                    /S/ JOHN A. MENDEZ_____
                                        UNITED STATES DISTRICT COURT JUDGE