RONALD W. BROWN, ESQ. (SBN 107340)
CARRIE E. BUSHMAN, ESQ. (SBN 186130)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Defendant TRI COUNTIES BANK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEON, JR.,<br>        Plaintiff(s),<br><br>    v.<br><br>TRI COUNTIES BANK,<br>        Defendant(s). | Case No. 2:12-CV-01529-JAM-DAD<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE TO MAKE EXPERT WITNESS DISCLOSURES**<br><br>[FRCP 16(b)(4)]<br><br><br>Action Filed: June 7, 2012 |

This Stipulation and [Proposed] Order is entered into between Plaintiff RICHARD LEON, JR. and Defendant TRI COUNTIES BANK (collectively, the "Parties"), by and through their counsel of record, as follows:

**STIPULATION**

WHEREAS, despite Defendant's diligent efforts to schedule and take Plaintiff Richard Leon's deposition in a timely manner, Plaintiff's deposition has been rescheduled several times due to the unavailability of Plaintiff and/or his legal counsel;

WHEREAS, Plaintiff's deposition is currently scheduled for October 29, 2013; and

WHEREAS, Defense counsel believes that Defendant's inability to complete Plaintiff's deposition well in advance of the current deadline for making expert witness

disclosures (November 19, 2013) will prejudice Defendant's ability to meet that deadline and will prejudice Defense counsel's ability to effectively represent Defendant's interests,

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that the deadline for making expert witness disclosures shall be extended from November 19, 2013 to December 19, 2013 and the deadline for disclosing rebuttal experts shall be extended from November 26, 2013 to January 2, 2014.  The Parties jointly request that no other dates be continued.

DATED:  October 16, 2013              COOK BROWN, LLP


By:  ___/s/ Carrie E. Bushman_____
     CARRIE E. BUSHMAN
     Attorneys for Defendant
     TRI COUNTIES BANK

DATED:  October 16, 2013              LAW OFFICE OF RICHARD M. ROGERS


By:  ___/s/ Richard M. Rogers_____
     RICHARD M. ROGERS
     Attorneys for Plaintiff
     RICHARD LEON, JR.

## **ORDER**

The Court, having considered the above stipulation, and finding good cause pursuant to Federal Rules of Civil Procedure Rule 16(b)(4), HEREBY ORDERS THAT the deadline for making expert witness disclosures shall be extended from November 19, 2013 to December 19, 2103 and the deadline for disclosing rebuttal experts shall be extended from November 26, 2013 to January 2, 2014.

IT IS SO ORDERED.


DATED: 10/17/2013              /S/ JOHN A. MENDEZ_____
     UNITED STATES DISTRICT COURT JUDGE

---

**STIPULATION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINE**
2

C:\Documents and Settings\HVine\Desktop\12cv1529.o.101713.docx