RONALD W. BROWN, ESQ. (SBN 107340)
CARRIE E. BUSHMAN, ESQ. (SBN 186130)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.:  916-442-3100
FACSIMILE NO.:  916-442-4227

Attorneys for Defendant TRI COUNTIES BANK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEON, JR.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>TRI COUNTIES BANK,<br><br>    Defendant(s). | Case No.  2:12-CV-01529-JAM-DAD<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY CUT OFF**<br>[FRCP 16(b)(4)]<br><br><br>Action Filed: June 7, 2012 |

This Stipulation and Order is entered into between Plaintiff RICHARD LEON, JR. and Defendant TRI COUNTIES BANK (collectively, the "Parties"), by and through their counsel of record, as follows:

**STIPULATION**

WHEREAS, on October 18, 2013, the Parties stipulated and the Court ordered that the deadline for making expert witness disclosures be extended to December 19, 2013 and the deadline for disclosing rebuttal experts be extended to January 2, 2014, but the Parties inadvertently failed to extend the January 6, 2014 discovery cutoff to accommodate the new expert disclosure deadlines; and

WHEREAS, Plaintiff had scheduled the deposition of Craig Carney for December 17, 2013 but Mr. Carney was unable to appear due to medical issues and is now scheduled to appear on January 21, 2014,

1   IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that the deadline for completing expert witness discovery be extended to February 14, 2014 and that Plaintiff be permitted to take the deposition of Craig Carney on January 21, 2014.

DATED:  December 24, 2013                COOK BROWN, LLP

By:   /s/ Carrie E. Bushman
CARRIE E. BUSHMAN
Attorneys for Defendant
TRI COUNTIES BANK

DATED:  December 24, 2013                LAW OFFICE OF RICHARD M. ROGERS

By:   /s/ Richard M. Rogers
RICHARD M. ROGERS
Attorneys for Plaintiff
RICHARD LEON, JR.

## ORDER

The Court, having considered the above stipulation, and finding good cause pursuant to Federal Rules of Civil Procedure Rule 16(b)(4), HEREBY ORDERS THAT the deadline for completing expert discovery be extended to February 14, 2014 and that Plaintiff be permitted to take the deposition of Craig Carney on January 21, 2014.

IT IS SO ORDERED.

DATED: 1/6/2014                /S/ JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE