**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:     415/981-9788
Facsimile:     415/981-9798
Email:         RogersRMR@yahoo.com

Attorneys for Plaintiff
**RICHARD LEON, JR.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEON, JR., <br><br> Plaintiff, <br><br> v. <br><br> TRI COUNTIES BANK, <br><br> Defendant. | **Case No.:  2:12-CV-01529-JAM-AC** <br><br> Case filed:         06/07/12 <br> Case reassigned:   11/20/12 <br> Trial date:          06/09/14 <br><br> **STIPULATION TO CONTINUE DEFENDANT'S MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER; [PROPOSED] ORDER** <br><br> Date:       03/05/14 <br> Time:       9:30am <br> Location:   Courtroom 6 |

CASE NO. 2:12-CV-01529-JAM-AC -- STIPULATION TO CONTINUE DEFENDANT'S MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER; ORDER

LEON
/12cv1529.o.22414.docx

The parties hereto stipulate to continue the hearing on Defendant's Motion For Leave To File A Second Amended Answer from March 5, 2014, to March 26, 2014 at 9:30 a.m., due to a calendar conflict on behalf of Plaintiff's Counsel, Richard M. Rogers.

Respectfully submitted,

Dated: 2/24/2014                          LAW OFFICE OF RICHARD M. ROGERS

By:/s/_____
     Attorneys for Plaintiff

Dated: 2/24/2014                          COOK BROWN LLP

By: /s/_____
     CARRIE E. BUSHMAN
     Attorneys for Defendant

It Is So Ordered.

Dated:  2/24/2014                         /s/ John A. Mendez_____
                                          JOHN A. MENDEZ
                                          JUDGE OF THE US DISTRICT COURT

CASE NO. 2:12-CV-01529-JAM-AC --   STIPULATION TO CONTINUE DEFENDANT'S MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER; ORDER

LEON
/12cv1529.o.22414.docx
1