RONALD W. BROWN, ESQ. (SBN 107340)
CARRIE E. BUSHMAN, ESQ. (SBN 186130)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Defendant TRI COUNTIES BANK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEON, JR.,<br><br>  Plaintiff(s),<br><br>v.<br><br>TRI COUNTIES BANK,<br><br>  Defendant(s). | Case No. 2:12-CV-01529-JAM-AC<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER**<br><br>Time:      9:30 a.m.<br>Date:      March 26, 2014<br>Courtroom: 6<br>Judge:     Hon. John A. Mendez<br><br>Action Filed: June 7, 2012 |

Defendant Tri Counties Bank's Motion for Leave to File a Second Amended Answer came on regularly for hearing before this Court on March 26, 2014 at 9:30 a.m., the Honorable John A. Mendez presiding. Richard Rogers, Esq. of the Law Office of Richard M. Rogers appeared for Plaintiff Richard Leon and Carrie Bushman, Esq. of Cook Brown LLP appeared for Defendant Tri Counties Bank. After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, the Court rules as follows:

Given Federal Rule of Civil Procedure 15(a)(2)'s language that a party can amend its pleadings and that the cases interpreting the rule have indicated that the court should freely give leave when justice so requires, that courts are to grant leave with extreme liberality once a moving party demonstrates why the amendment is required and there is at least some factual basis to support the proposed amendment, and this court's finding

1  that there is no prejudice in allowing the answer to be amended to include a mixed
2  motive affirmative defense and there is at least some factual basis for the amendment, IT
3  IS HEREBY ORDERED that Defendant's Motion for Leave to File a Second Amended
4  Answer is GRANTED.

6  DATED:  April 7, 2014                                    /s/ John A. Mendez
                                                             United States District Court Judge