1  **RICHARD M. ROGERS, #045843**
   **LAW OFFICE OF RICHARD M. ROGERS**
2  100 Bush Street, #1980
   San Francisco, CA  94104
3  Telephone:    415/981-9788
   Facsimile:     415/981-9798
4  Email:          RogersRMR@yahoo.com

5  Attorneys for Plaintiff
   **RICHARD LEON, JR.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| RICHARD LEON, JR., | ) | **Case No.:  2:12-CV-01529-JAM-AC** |
|---|---|---|
| Plaintiff, | ) | Case filed:           06/07/12 |
|  | ) | Case reassigned:  11/20/12 |
| v. | ) | Trial date:            06/09/14 |
| TRI COUNTIES BANK, | ) | **STIPULATION TO DISMISSAL; ORDER** |
| Defendant. | ) |  |

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

                                                  Respectfully submitted,

Dated: 4/30/2014                    LAW OFFICE OF RICHARD M. ROGERS

                                       By:  /s/_____

                                                Attorneys for Plaintiff

Dated: 4/30/2014                    COOK BROWN LLP

                                       By:  /s/_____
                                                  CARRIE E. BUSHMAN
                                                  Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: 4/30/2014                    /s/ John A. Mendez_____

                                         JOHN A. MENDEZ

                                         JUDGE OF THE US DISTRICT COURT